DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Armstrong v. W.R. Grace & Co.<br><br>Case below:<br>175 N.C. App. 528 | No. 082P06 | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA04-581)<br><br>2. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied (06/29/06)<br><br>2. Dismissed as Moot (06/29/06) |
| Bald Head Ass'n v. Curnin<br><br>Case below:<br>176 N.C. App. 766 | No. 270P06 | 1. Defendant's Motion for Temporary Stay (COA04-1682), (COA05-639)<br><br>2. Defendant's Petition of Writ of Supersedeas | 1. Denied 05/19/06<br><br>2. Denied (06/29/06) |
| Batts v. Batts<br><br>Case below:<br>176 N.C. App. 407 | No. 237P06 | Plt's PDR Under N.C.G.S. § 7A-31 (COA04-1044) | Denied (06/29/06) |
| Beroth Oil Co. v. Whiteheart<br><br>Case below:<br>173 N.C. App. 89 | No. 575P05 | 1. Def's NOA Based Upon a Constitutional Question (COA03-1608)<br><br>2. Plt's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed (06/29/06)<br><br>3. Denied (06/29/06)<br><br>**Martin, J., Recused** |
| Bob Timberlake Collection, Inc. v. Edwards<br><br>Case below:<br>176 N.C. App. 33 | No. 169P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-1434) | Denied (06/29/06) |
| Carillon Assisted Living, LLC v. N.C. Dep't of Health & Human Servs.<br><br>Case below:<br>175 N.C. App. 265 | No. 054A06 | 1. Respondents' NOA (Dissent) (COA05-135)<br><br>2. Respondents' PDR as to Additional Issues<br><br>3. Petitioner's NOA Based Upon a Constitutional Question<br><br>4. Petitioner's Alternative PDR Under N.C.G.S. § 7A-31<br><br>5. Petitioner's PDR as to Additional Issues | 1. ——<br><br>2. Denied (06/29/06)<br><br>3. Dismissed Ex Mero Motu (06/29/06)<br><br>4. Denied (06/29/06)<br><br>5. Denied (06/29/06) |